ORIGINAL

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | SA 07-97M |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| WALTER ALEXIS RAMOS AYALA, ) | (18 U.S.C. § 3142(i)) |
| Defendant. ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. (X) serious risk defendant will flee;

   2. ( ) serious risk defendant will

     a. ( ) obstruct or attempt to obstruct justice;

     b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1 | II.

2 | The Court finds no condition or combination of conditions will reasonable assure:

3 | A. ( X ) appearance of defendant as required; and/or

4 | B. ( ) safety of any person or the community;

5 | III.

6 | The Court has considered:

7 | A. ( x ) the nature and circumstances of the offense;

8 | B. ( x ) the weight of evidence against the defendant;

9 | C. ( x ) the history and characteristics of the defendant;

10 | D. ( ) the nature and seriousness of the danger to any person or to the community.

11 | IV.

12 | The Court concludes:

13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14 |

15 | B. ( x ) History and characteristics indicate a serious risk that defendant will flee because:

16 | **Defendant is undocumented. He has no ties to the community and no bail**

17 | **resources.**

18 |

19 | C. ( ) A serious risk exists that defendant will:

20 | 1. ( ) obstruct or attempt to obstruct justice;

21 | 2. ( ) threaten, injure or intimidate a witness/ juror; because:

22 |

23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24 | provided in 18 U.S.C. § 3142 (e).

25 | ///
26 | ///
27 | ///
28 | ///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: April 4, 2007

        _____
        Marc L. Goldman
        U.S. Magistrate Judge